Harry Goetz,
against
Neville White and Carol White, Defendants-Respondents.



Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Sabrina B. Kraus, J.), entered on or about March 2, 2017, after trial, in favor of the defendants dismissing the action.




Per Curiam.
Judgment (Sabrina B. Kraus, J.), entered on or about March 2, 2017, affirmed, without costs.
The trial court applied the appropriate rules and principles of substantive law and accomplished "substantial justice" in dismissing plaintiff's action (see CCA 1804, 1807; Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]). A fair interpretation of the evidence supports the trial court's determination that plaintiff failed to establish any basis to impose liability upon defendants in connection with defendants' repair and replacement of the damaged fence separating the parties' abutting properties. The evidence supports a finding that defendants entered onto plaintiff's property with plaintiff's permission, that the fence was repaired without cost to plaintiff, and plaintiff failed to prove any permanent damage was done to his shrubbery.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 16, 2018